**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY J. PETERS, #18410** § | | **PETITIONER** |
| § | | |
| **VERSUS** § | | **CIVIL ACTION NO. 1:05cv340DMR-JMR** |
| § | | |
| **JIM HOOD AND LAWRENCE KELLY** § | | **RESPONDENTS** |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case [Doc. No. 23], in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

### Part A

__ A certificate of appealability should issue. (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

This hereby DENIES the Motion of the Petitioner for a Certificate of Appealability to issue. [Doc. No. 24].

### Part B
(for non-CJA pauper cases only)

_X_ The party appealing is a pauper.

___ The party appealing is not a pauper. (See reasons below.)

The Court notes the Petitioner was previously once granted *in forma pauperis* status. F.R.A.P. 24 (a) (B)(3).

REASONS:
The Petitioner has failed to make a substantial showing of the denial of a constitutional right as set forth in 28 U.S.C. §2253( c)(2); the claims raised by Petitioner were time-barred pursuant to the one year statute of limitations provision of the AEDPA, *i.e.*, 28 U.S.C. §2244(d), and Petitioner cites no "rare and exceptional" circumstance to warrant equitable tolling.

Date:  October 2, 2006                S/ DAN M. RUSSELL, JR.
                                      UNITED STATES DISTRICT JUDGE